Donald O. COLLIER, Petitioner,

v.

The CITY AND COUNTY OF DENVER, Respondent.

No. 84 SC 396.

Supreme Court of Colorado, En Banc.

April 24, 1986.

ORDER OF COURT

Upon consideration of the record on appeal and briefs filed herein, and having heard the oral arguments of counsel,

It Is This Day Ordered that the Petition for Writ of Certiorari shall be, and the same hereby is, Dismissed as improvidently granted.